[No. 25251-1-II.  Division Two.  March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN D. MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05430-3, Karen L. Strombom, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 26314-9-II.  Division Two.  March 8, 2002.]

TIMOTHY A. THOMPSON, *Appellant*, v. RICHARD MORGAN, *as Superintendent of Clallam Bay Corrections Center, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08720-4, Vicki L. Hogan, J., entered July 7, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26336-0-II.  Division Two.  March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA BENJAMIN ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00234-7, Richard D. Hicks, J., entered August 18, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26362-9-II.  Division Two.  March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ANDREW RHODUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00330-9, Frederick W. Fleming, J., entered May 12, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.